IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LEE O GOSTON
ADC #105879                                                                  PETITIONER

v.                                   No. 4:20-cv-772-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                              RESPONDENT

ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's recommendation, *Doc. 8*, and overrules Goston's objections, *Doc. 13*. FED. R. CIV. P. 72(b)(3). Goston says he is entitled to equitable tolling because he has been incompetent since the time of his conviction and could not timely file his *habeas* petition. As Magistrate Judge Deere noted, though, Goston earned his GED while incarcerated in 1997. *Doc. 6-1 at 1*. He petitioned for clemency on his own behalf in 2012. *Doc. 6-2*. And during his time in the ADC, he's filed several lawsuits in this Court, including complaints about the distribution of his father's estate, excessive force, and inadequate nutrition. *Goston v. Goston*, 4:05-cv-177-BRW; *Goston v. Jones*, 5:05-cv-355-JLH; *Goston v. Norris*, 5:05-cv-340-GH; *Goston v. Clark*, 5:07-cv-68-SWW. The record doesn't support Goston's claim that he's been continuously incompetent for the last twenty-four years.

Goston's petition is time-barred; and equitable tolling doesn't apply in his case. His petition will therefore be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2). Motion to dismiss, *Doc. 9*, denied as moot.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 August 2020