# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

LEE O GOSTON
ADC #105879                                                          PETITIONER

v.                              No. 4:20-cv-772-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                            RESPONDENT

## JUDGMENT

Goston's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____31 August 2020____